THE PEOPLE OF THE STATE OF NEW YORK ex rel. BUFFALO CREEK RAILROAD COMPANY and the DIRECTOR-GENERAL OF RAILROADS, Respondents, v. CITY OF BUFFALO (Assessment for Paving Ganson Street), Appellant.— Order, so far as appealed from, affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

LOUISA DEL CASTELLO, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ANNA KLEIN BLUM, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

MINNIE LUX, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CARL J. LUX, an Infant, by MINNIE LUX, His Guardian ad Litem, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P J., Clark, Sears, Crouch and Taylor, JJ.

TIMOTHY EVANS, Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Respondent.— Judgment reversed on the law and new trial granted, with costs to appellant to abide event on the ground that the evidence presented questions of fact for the jury upon the issues of negligence and contributory negligence. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ROSE M. SMITH, Respondent, v. ROCHESTER INTERURBAN. BUS CO., INC., Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of CORNELIA A. MOSES and Others, Respondents, for a Peremptory Mandamus Order against THE BOARD OF EDUCATION OF THE CITY OF SYRACUSE, NEW YORK, Appellants.— Motion to dismiss appeal from order of alternative mandamus denied, with ten dollars costs. Order of peremptory mandamus affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of the Application of THE RESERVE FINANCE CORPORATION for the Removal of LOUIS H. ROSEN, from Certain Premises in the City of Buffalo. — Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

In the Matter of the Property of JOHN KANE, Deceased, Subject to Taxation under the Taxable Transfer Act, Chapter 60, Article 10, Consolidated Laws. STATE TAX COMMISSION, Appellant.— Appeal from order entered May 27, 1926, dismissed, without costs. All concur. Present — Hubbs, P. J., Clark, Sears and Taylor, JJ.